IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE WILLIE LOVE                                                                                    PLAINTIFF

VS.                                              CASE NO. 3:15CV00179 PSH

CAROLYN W. COLVIN, Acting Commissioner,
    Social Security Administration                                                    DEFENDANT

# JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 21st day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE