IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOE WILLIE LOVE                                                                                      PLAINTIFF

v.                                      NO. 3:15-cv-00179 PSH

CAROLYN W. COLVIN, Acting Commissioner                                      DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Joe Willie Love ("Love") has filed the pending motion to substitute counsel of record. See Document 17. For good cause shown, the motion is granted. The Clerk of the Court is ordered to strike the name of Anthony W. Bartels as the attorney of record for Love. The Clerk of the Court shall enter the name of Stephanie Bartels Wallace as the new attorney of record for Love.

IT IS SO ORDERED this 24th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE