# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION


JOE LOVE                                                                    PLAINTIFF


v.                                  NO. 3:15-cv-00179 PSH


CAROLYN W. COLVIN, Acting Commissioner                       DEFENDANT
of the Social Security Administration


## ORDER


     Plaintiff Joe Love ("Love") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 18. In the motion, he seeks fees and expenses totaling $1,839.52. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees and expenses requested by Love.

     The Court has reviewed Love's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion is granted, and fees and expenses totaling $1,839.52 are awarded to Love. Because the award belongs to Love, and not his attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue

payment of this award by check made payable to Love, in care of the Bartels Law Firm, and shall mail the check to the Bartels Law Firm at its Jonesboro, Arkansas, address.

IT IS SO ORDERED this 5th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE